UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| TERESA A. CORDELL, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>*Defendant.* ) | Case No. 4:09-cv-19<br>Judge Mattice |

## **ORDER**

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on January 13, 2010 [Court Doc. 17.] Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 11] is **DENIED**. Defendant's Motion for Summary Judgment [Court Doc. 15] is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

**SO ORDERED** this 2nd day of February, 2010.

                                                                  */s/Harry S. Mattice, Jr.*
                                                                   HARRY S. MATTICE, JR.
                                                         UNITED STATES DISTRICT JUDGE